UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: CARMEN CHAPPELL
1457 ROSEWOOD DR
MONTGOMERY, AL 36111

CASE NO: 16-32865-DHW

Soc. Sec. No. XXX-XX-0450
Debtor.

## INCOME WITHHOLDING ORDER

TO: STERLING INC
ATTN BANKRUPTCY DEPT
375 GHENT RD
AKRON, OH 44333

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that STERLING INC withhold from the wages, earnings, or other income of this debtor the sum of **$74.00 WEEKLY** and remit all such funds withheld to:

CHAPTER 13 TRUSTEE
16-32865-DHW CARMEN CHAPPELL
P O BOX 613108
MEMPHIS TN 38101-3108

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Tuesday, December 20, 2016.

cc: Debtor
Debtor's Attorney

*/ s / Dwight H. Williams Jr.*
Dwight H. Williams Jr.
United States Bankruptcy Judge