UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In Re:                                                    Case No.16-32865-DHW
CARMEN CHAPPELL                         Chapter 13
1457 ROSEWOOD DR
MONTGOMERY, AL 36111

Debtor
SSN: XXX-XX-0450

## Order Releasing Wages

    The Income Withholding Order previously issued by the Court to the following employer is hereby RELEASED:

                        SITEL OPERATING CORP
                        ATTN PAYROLL
                        3102 WEST END AVE STE 900
                        NASHVILLE, TN  37203

The above employer is authorized to pay all future wages to the debtor.

Done this Tuesday, December 20, 2016.

                                                                */s/ Dwight H. Williams Jr.*
                                                                Dwight H. Williams Jr.
                                                                United States Bankruptcy Judge

**CC:**    CARMEN CHAPPELL