**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

IN RE:                                                        Case No. 16-32865-DHW
                                                              Chapter 13
CARMEN CHAPPELL
SSAN:  XXX-XX-0450




                        Debtor(s)

## TRUSTEE'S OBJECTION TO CONFIRMATION

        COMES NOW,  the Trustee, and  pursuant to 11 U.S.C. §1325  objects  to  confirmation of  the debtor(s)  plan  as  filed.  As  grounds  for  said objection, the Trustee states as follows:

1.  The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on  October 07, 2016.

2.  The debtor(s) §341 Meeting of Creditors was held  November 30, 2016.

3.  The debtor(s) overall pay record is 93%.

**(X)** Schedule E lists a priority tax debt to the State of Alabama, however, the plan makes no corresponding provision.

        WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s) plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this January 03, 2017.


                                                    Sabrina L. McKinney
                                                    Acting Chapter 13 Trustee


                                            By: /s/ *Tina J. Hayes*
                                                _____
                                                    Tina J. Hayes
                                                    Staff Attorney


Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL  36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: hayest@ch13mdal.com

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this  January 03, 2017.

Copy to:  DEBTOR(S)
           RICHARD D SHINBAUM

/s/*Tina J. Hayes*
_____
Tina J. Hayes
Staff Attorney